NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FEB 28 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHIKEB SADDOZAI, | No. 21-55062 |
| Plaintiff-Appellant, | D.C. No. 5:20-cv-01010-DOC-DFM |
| v. | |
| P. BIRDSONG, Ironwood State Prison Appeal Coordinator, individual and official capacity; NEIL MCDOWELL, Warden, Warden for Ironwood State Prison, individual and official capacity; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, Director; individual and official capacity, | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
David O. Carter, District Judge, Presiding

Submitted February 15, 2022**

Before: FERNANDEZ, TASHIMA, and FRIEDLAND, Circuit Judges.

California state prisoner Shikeb Saddozai appeals pro se from the district

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

court's judgment dismissing his 42 U.S.C § 1983 action concerning the inmate grievance process. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a dismissal for failure to prosecute. *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988). We affirm.

The district court did not abuse its discretion in dismissing Saddozai's action because Saddozai failed to file an amended complaint, a notice of election to stand on his complaint, or a request for an additional extension of time, despite being warned that failure to respond would result in dismissal. *See id.* (factors to be considered in determining whether to dismiss an action for failure to prosecute).

**AFFIRMED.**